UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-3 TABITHA MEECE,

        Defendant.
_____/

CRIMINAL NO. 13-20568

HONORABLE GERALD E. ROSEN

FILED
OCT 0 7 2013
CLERK'S OFFICE
DETROIT

## WAIVER OF INDICTMENT

I, TABITHA MEECE, the defendant in this case, understand that I am being charged with the following felony: aiding and abetting the production of obscene matters for sale or distribution (in violation of 18 U.S.C. §§ 1465 and 2).

I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Tabitha Meece
Defendant

_____
S. Allen Early
Attorney for the Defendant

Dated: October 7, 2013