UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 07 2013
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-3  TABITHA MEECE,

        Defendant.
_____/

CRIMINAL NO. 13-20568

HONORABLE GERALD E. ROSEN

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, TABITHA MEECE, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count Four:**   Up to five years' incarceration and up to $250,000 fine.

_____
Tabitha Meece
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
S. Allen Early
Attorney for Defendant

Dated: October 7, 2013