PS8
(8/88)

# United States District Court
for the
### Eastern District of Michigan

U.S.A. vs. **MEECE, Tabitha**  Docket No. 13-20568-03

### Petition for Action on Conditions of Pretrial Release

COMES NOW Susan Dely, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Tabitha Meece**, who was placed under pretrial release supervision by United States Magistrate Judge Laurie J. Michelson sitting in the court at <u>Detroit, Michigan</u>, on October 7, 2013, under the following conditions:

Bond was set at $10,000.00 Unsecured Bond with the conditions she report as directed to Pretrial Services, travel restricted to the Eastern District of Michigan unless she has previous consent of the supervising officer or Court, avoid all contact with victims, witness, or unsupervised contact with minors without the direct supervision of a responsible adult with the exception of victims/minors in the household, refrain from the possession of a firearm or other destructive device, submit to one valid urinalysis. If negative, testing is discontinued, and participate in sex offender therapy as directed by Pretrial Services.

### Respectfully presenting petition for action of court and for cause as follows:
(if short insert here; if lengthy write on separate and attach)

The alleged offense does not pertain to any computer or internet access by the defendant. The conditions she not have any use of computer or connected devices at home and do not have access to the internet are not least restrictive conditions.

Assistant United States Attorney Matthew Roth is aware of this request and does not object to the same.

**PRAYING THAT THE COURT WILL APPROVE** the defendant's bond be amended to discontinue the conditions not to have any use of computers or connected devices at home and do not have access to the internet.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct |
|---|---|
| Considered and ordered this 15th day of October, 2013 and ordered filed and made a part of the records in the above case. | Executed on October 15, 2013 |
| _____<br>Gerald E. Rosen<br>United States District Judge | _____<br>U.S. Pretrial Services Officer<br>(313) 234-5334<br>Place: Detroit |